**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LANDMARK REALTY COMPANY, LLC, a California limited liability company, ,

Plaintiff,

v.

ATEGRITY SPECIALTY INSURANCE COMPANY, a Delaware insurance corporation, and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:26-cv-04868-SVK-SK

**~~[PROPOSED]~~ ORDER GRANTING JOINT NOTICE OF SETTLEMENT PURSUANT TO L.R. 40-2 AND STIPULATION TO VACATE FUTURE DATES AND DEADLINES**

Date Filed: March 26, 2026
Trial Date: December 1, 2026
FPTCO Date: November 16, 2026

The Court, having read and considered the Joint Notice of Settlement Pursuant to L.R. 40-2 and Stipulation to Vacate Future Dates and Deadlines signed by counsel for Plaintiff Landmark Realty Company, LLC ("Plaintiff") and counsel for Defendant Ategrity Specialty Insurance Company ("ASIC"), now issues the following orders:

1. The Court will allow the parties seven (7) days from the date of his Order to execute their agreement and file the joint stipulation of dismissal.
2. In light of the parties' pending settlement, the Court will vacate all future dates and deadlines in this action, including the November 16, 2026 final pretrial status conference and the December 1, 2026 trial.

**<u>IT IS SO ORDERED</u>**.

Dated: November 12, 2026

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE