JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDMARK REALTY COMPANY, LLC, a California limited liability company, , <br><br> Plaintiff, <br><br> v. <br><br> ATEGRITY SPECIALTY INSURANCE COMPANY, a Delaware insurance corporation, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:26-cv-04868-SVW-SK <br><br> **~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(A)** <br><br> Date Filed: March 26, 2026 <br> Trial Date: December 1, 2026 <br> FPTCO Date: November 16, 2026 |

On or about November 16, 2026, Plaintiff Landmark Realty Company LLC ("Plaintiff") and Defendant Ategrity Specialty Insurance Company ("ASIC") filed a Joint Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure, Rule 41(a).

The Court, having considered the Joint Stipulation of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. This action is dismissed in its entirety with prejudice; and
2. All parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: November 18, 2026

[signature]

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE